# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUELLA LEWIS GILREATH,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No. EDCV 13-2285-DSF (JEM)<br><br>J U D G M E N T |

　　　In accordance with the Report and Recommendation of United States Magistrate Judge accepted by the Court,

　　　IT IS ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and this matter is REMANDED for further proceedings consistent with the Report and Recommendation.

DATED: 12/11/14

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE